**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE
    **Computrex, Inc.**

**DEBTOR(S)**                                          **CASE NUMBER 01-53755**

### MOTION TO PAY FUNDS INTO COURT REGISTRY

Comes the trustee and makes application to the Court for authorization to pay various administrative expenses of the estate as follows: To the United States Bankruptcy Court Clerk the sum of $41,253.07; said sum representing unclaimed funds as listed in the attached.

The Trustee notes that all of these checks were written on February 26, 2014 and to date have not been cashed.

### NOTICE

Unless objection is filed in writing with the Bankruptcy Court, 100 East Vine Street, 200 Community Trust Building, Post Office Box 1111, Lexington, Kentucky 40507-1111 and the undersigned trustee, James D. Lyon, 209 East High Street, Lexington, Kentucky 40507, within twenty-one (21) days from the date of this Notice, said Trustee will tender to the Court an Order sustaining his objection.

                                               /s/ James D. Lyon

                                               James D. Lyon
                                               Trustee In Bankruptcy

### Certificate of Service

I certify that a true copy of the foregoing application and notice has been mailed, postage prepaid, upon the U.S. Trustee's office, all on this date: July 16, 2014.

                                               /s/ James D. Lyon

                                               James D. Lyon
                                               Trustee In Bankruptcy

Printed: 07/16/14 06:31 PM

# Outstanding Checks Report
## Trustee: JAMES D. LYON ( 370220 )
### Period End: 07/16/14

Page: 1

| Case # | Account # | Check # | Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|---|
| 01-5-3755 | 5004803365 | 21201 | 02/26/14 | | Fincor Electronics Division | 69.41 |
| | | 21203 | 02/26/14 | | International Wire-Harness Division | 1,149.22 |
| | | 21204 | 02/26/14 | | Office Depot, Inc. | 20.82 |
| | | 21206 | 02/26/14 | | Modular Computer Systems, Inc. | 20.58 |
| | | 21210 | 02/26/14 | | Dover Resources, Inc. | 109.21 |
| | | 21215 | 02/26/14 | | Ivex Packaging Corporation | 5,051.49 |
| | | 21218 | 02/26/14 | | Imperial Adhesives | 1,134.92 |
| | | 21220 | 02/26/14 | | Tencel, Inc. | 45.22 |
| | | 21221 | 02/26/14 | | Crane Plumbing | 240.80 |
| | | 21224 | 02/26/14 | | International Wire-Insulated | 693.32 |
| | | 21225 | 02/26/14 | | International Wire-Insulated | 35.38 |
| | | 21233 | 02/26/14 | | Gulfstream Home & Garden | 84.47 |
| | | 21239 | 02/26/14 | | Cochran Furniture | 283.31 |
| | | 21247 | 02/26/14 | | K. B. Alloys, Inc. | 305.89 |
| | | 21248 | 02/26/14 | | Superior Graphite Company | 584.92 |
| | | 21249 | 02/26/14 | | US Flow Corporation | 631.59 |
| | | 21250 | 02/26/14 | | Fostoria Industries, Inc. | 176.46 |
| | | 21257 | 02/26/14 | | Crane Plumbing | 161.01 |
| | | 21259 | 02/26/14 | | Univeral Electronics | 545.73 |
| | | 21260 | 02/26/14 | | Commonwealth Brands, Inc. | 440.30 |
| | | 21261 | 02/26/14 | | Crompton Colors, Inc. | 1,032.81 |
| | | 21264 | 02/26/14 | | Michael Potter | 103.29 |
| | | 21265 | 02/26/14 | | Minolta-QMS, Inc. | 892.01 |
| | | 21266 | 02/26/14 | | National Tobacco Company | 882.25 |
| | | 21268 | 02/26/14 | | The C.W. Zumbiel Company | 629.02 |
| | | 21269 | 02/26/14 | | BIOLAB, INC. | 2,609.37 |
| | | 21272 | 02/26/14 | | DISCOVERY CHANNEL STORES INC. | 2,318.81 |
| | | 21275 | 02/26/14 | | NORTH AMERICAN LIGHTING C/O MASUDA FUNAI EIFERT & MITCHELL L | 1,528.44 |
| | | 21278 | 02/26/14 | | LOCKHEED MARTIN CORPORATION | 11,481.51 |
| | | 21282 | 02/26/14 | | DAYCO PRODUCTS, INC. | 6,196.70 |
| | | 21283 | 02/26/14 | | DAYCO PRODUCTS, INC. | 1,794.81 |

**Total Number of Outstanding Checks:** 31

41,253.07