UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE
    **Computrex, Inc.**

**DEBTOR(S)**                                                                 CASE NUMBER 01-53755

**AMENDED
MOTION TO PAY FUNDS INTO COURT REGISTRY**

Comes the trustee and makes an amended application to the Court for authorization to pay various administrative expenses of the estate as follows: To the United States Bankruptcy Court Clerk the sum of $23,294.23; said sum representing unclaimed funds as listed in the attached.

The Trustee notes that all of these checks were written on February 26, 2014 and to date have not been cashed. After filing his motion to pay funds into the registry on July 16, 2014, the Trustee received communication from five creditors who supplied him with new mailing addresses. The Trustee has reissued checks to those creditors and therefore amends his motion.

**NOTICE**

Unless objection is filed in writing with the Bankruptcy Court, 100 East Vine Street, 200 Community Trust Building, Post Office Box 1111, Lexington, Kentucky 40507-1111 and the undersigned trustee, James D. Lyon, 209 East High Street, Lexington, Kentucky 40507, within twenty-one (21) days from the date of this Notice, said Trustee will tender to the Court an Order sustaining his objection.

  /s/ James D. Lyon

James D. Lyon
Trustee In Bankruptcy

**Certificate of Service**

I certify that a true copy of the foregoing application and notice has been mailed, postage prepaid, upon the U.S. Trustee's office, all on this date: August 13, 2014.

  /s/ James D. Lyon

James D. Lyon
Trustee In Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| Printed: 08/13/14 05:04 PM | | **Outstanding Checks Report** | | | Page: 1 |
| | | Trustee: JAMES D. LYON ( 370220 ) | | | |
| | | Period End: 08/13/14 | | | |

| Case # | Account # | Check # Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|
| 01-5-3755 | 5004803365 | 21201 02/26/14 | | Fincor Electronics Division | 69.41 |
| | | 21203 02/26/14 | | International Wire-Harness Division | 1,149.22 |
| | | 21204 02/26/14 | | Office Depot, Inc. | 20.82 |
| | | 21206 02/26/14 | | Modular Computer Systems, Inc. | 20.58 |
| | | 21210 02/26/14 | | Dover Resources, Inc. | 109.21 |
| | | 21218 02/26/14 | | Imperial Adhesives | 1,134.92 |
| | | 21220 02/26/14 | | Tencel, Inc. | 45.22 |
| | | 21221 02/26/14 | | Crane Plumbing | 240.80 |
| | | 21224 02/26/14 | | International Wire-Insulated | 693.32 |
| | | 21225 02/26/14 | | International Wire-Insulated | 35.38 |
| | | 21233 02/26/14 | | Gulfstream Home & Garden | 84.47 |
| | | 21239 02/26/14 | | Cochran Furniture | 283.31 |
| | | 21247 02/26/14 | | K. B. Alloys, Inc. | 305.89 |
| | | 21248 02/26/14 | | Superior Graphite Company | 584.92 |
| | | 21249 02/26/14 | | US Flow Corporation | 631.59 |
| | | 21250 02/26/14 | | Fostoria Industries, Inc. | 176.46 |
| | | 21257 02/26/14 | | Crane Plumbing | 161.01 |
| | | 21259 02/26/14 | | Univeral Electronics | 545.73 |
| | | 21261 02/26/14 | | Crompton Colors, Inc. | 1,032.81 |
| | | 21265 02/26/14 | | Minolta-QMS, Inc. | 892.01 |
| | | 21268 02/26/14 | | The C.W. Zumbiel Company | 629.02 |
| | | 21269 02/26/14 | | BIOLAB, INC. | 2,609.37 |
| | | 21272 02/26/14 | | DISCOVERY CHANNEL STORES INC. | 2,318.81 |
| | | 21275 02/26/14 | | NORTH AMERICAN LIGHTING C/O MASUDA FUNAI EIFERT & MITCHELL L | 1,528.44 |
| | | 21282 02/26/14 | | DAYCO PRODUCTS, INC. | 6,196.70 |
| | | 21283 02/26/14 | | DAYCO PRODUCTS, INC. | 1,794.81 |

**Total Number of Outstanding Checks:  27**