**UNITED STATE BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

IN RE:                                                                                                          CHAPTER 7
ADAMS, BRIAN R.
ADAMS, STEPHANIE L.                                                           CASE NUMBER 13-30441
DEBTOR(S)


**TRUSTEE'S REPORT OF UNDISTRIBUTED FUNDS**

James D. Lyon, trustee of this bankruptcy estate, reports the following:

1.  The dividend for claim 16 was less than $5.00 and, pursuant to Bankruptcy Rule 3010, was not distributed to creditors.  This claim is itemized in the attached report.

2.  The trustee's check for $0.91 was paid to the clerk of the United States Bankruptcy Court.

RESPECTFULLY SUBMITTED,

/s/ James D. Lyon, Trustee

Printed: 10/14/14 04:56 PM

# Claims Distribution Small Checks

Page: 1

**Trustee: JAMES D. LYON (370220)**

**Case:** 01-5-3755 - Computrex, Inc.

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5004803365 | 21291 | 02/26/14 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $0.91 |
| | | 16 | 12/26/01 | 610 | The Standard Register Company<br>600 Albany Street<br>Dayton, OH 45408 | 175.89 | 175.89 | 30.11 | 0.91 |

(*) Denotes objection to Amount Filed